**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LOUISE ANN CASTILLO,

               Plaintiff,                                Case No. 11-10292
                                                           Hon. Marianne O. Battani

v.

COMMISSIONER OF SOCIAL
SECURITY,

               Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**
**AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Louise Castillo brings this action challenging the final decision of the Commissioner denying her application for Disability Insurance Benefits. The case was referred to Magistrate Judge Charles E. Binder pursuant to 28 U.S.C. § 636(b)(1). Both parties filed dispositive motions, and in a Report and Recommendation ("R&R") dated February 7, 2012, Magistrate Judge Binder recommended that Plaintiff's Motion for Summary Judgment be denied and that Defendant's Motion for Summary Judgment be granted.

In his Report and Recommendation, the Magistrate Judge informed the parties that objections to the R&R needed to be filed within "fourteen (14) days of service" and that a party's failure to file objections would waive any further right of appeal. R&R at 22. Neither party filed an objection.

Because no objection has been filed in this case, the parties waived their right to *de novo* review and appeal. Accordingly, the Court **ADOPTS** the Magistrate Judge's

recommendation, **DENIES** Plaintiff's Motion for Summary Judgment, and **GRANTS**
Defendant's Motion for Summary Judgment.  Plaintiff's Complaint is **DISMISSED** in its
entirety.

     **IT IS SO ORDERED.**

s/Marianne O. Battani       <br>
MARIANNE O. BATTANI<br>
UNITED STATES DISTRICT JUDGE

DATE: <u>March 8, 2012</u>

**CERTIFICATE OF SERVICE**

    A copy of this Order was e-filed and/or mailed to counsel of record on this date.

s/Bernadette M. Thebolt    <br>
Case Manager